October 24, 1980.

429 A.2d 93

Commonwealth Dept. of Transportation v. Smith, Appellant.

Argued March 4, 1980. Allen H. Smith, appellant, in propria persona; John C. Uhler, District Attorney submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J. and WATKINS and MONTGOMERY, JJ.

Affirmed.

429 A.2d 93

Commonwealth v. Bryant, Appellant.

Submitted April 16, 1980. Harry E. Knafelc, for appellant; John L. Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.